1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MOISES MERCADO, et al.,                         CASE NO. CV F 08-1646 LJO SMS

                                                **ORDER TO TRANSFER ACTION TO**
                          Plaintiffs,           **COURT'S SACRAMENTO DIVISION**

        vs.

SANDOVAL INC., et. al,

                          Defendants.
_____/

        Review of the record reflects that this action was inadvertently filed in this Court's Fresno

Division although this Court's Sacramento Division is the proper venue.  As such this Court:

        1.      TRANSFERS this action to this Court's Sacramento Division;

        2.      DIRECTS the clerk to take necessary action to transfer this action to this Court's

                Sacramento Division; and

        3.      VACATES all pending dates, including the December 16, 2008 scheduling conference,

                before this Court's Fresno Division.


IT IS SO ORDERED.

**Dated:   November 4, 2008**            _____/s/ Lawrence J. O'Neill_____
                                         UNITED STATES DISTRICT JUDGE

1