IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOISES MERCADO; and MARCO A. RAMIREZ, | ) ) ) | |
| Plaintiffs, | ) ) | 2:08-cv-2648-GEB-EFB |
| v. | ) ) | ORDER |
| SANDOVAL, INC., a California Corporation; MARCHINI LAND CO., a California General Partnership; BRUNO P. MARCHINI, individually and d/b/a Marchini Land Co.; RICHARD B. MARCHINI, individually and d/b/a Marchini Land Co.; VINCENT M. MARCHINI, individually and d/b/a Marchini Land Co.; and ROSETTA MARCHINI, individually and d/b/a Marchini Land Co., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On April 9, 2009, the parties filed a stipulation and proposed order in which they seek to continue their agreed upon deadline for filing initial disclosures, which was set by the parties in their Joint Status Report filed on January 20, 2009. However, under Federal Rule of Civil Procedure 26(a)(1)(C), "a different time" for initial disclosures may be "set by stipulation or court order." Since the parties' April 9, 2009 stipulation agrees to set a different

1

time for initial disclosures, and the parties have not shown the necessity for a court order approving that stipulation, their request for a court order is denied.

Dated: April 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge