IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOISES MERCADO; and MARCO A. )
RAMIREZ, )
               Plaintiffs, ) 2:08-cv-2648-GEB-EFB
)
     v. ) ORDER
)
SANDOVAL, INC., a California )
Corporation; JESSIE SANDOVAL, )
individually and d/b/a Sandoval, )
Inc.; MARCHINI LAND CO., a )
California General Partnership; )
BRUNO P. MARCHINI, individually and)
d/b/a Marchini Land Co.; RICHARD B.)
MARCHINI, individually and d/b/a )
Marchini Land Co.; VINCENT M. )
MARCHINI, individually and d/b/a )
Marchini Land Co.; and ROSETTA )
MARCHINI, individually and d/b/a )
Marchini Land Co., )
)
               Defendants. )
                                      )

        Plaintiffs' Motion for Reconsideration filed on March 31, 2009, is denied.

Dated: May 11, 2009

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

1