BLANCA A. BAÑUELOS, # 231585
ESMERALDA ZENDEJAS, # 258809
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
20 N. Sutter Street, Suite 203
Stockton, CA 95202
Telephone: (209) 946-0609
Facsimile: (209) 946-5730

MICHAEL L. MEUTER, # 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MOISES MERCADO, et al.

    Plaintiffs,

v.

SANDOVAL INC., et al.

    Defendants.

CASE NO. 2:08-CV-02648-GEB-EFB

**STIPULATED PROTECTIVE ORDER**

Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

1. **Purpose of Order** - This Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action without involving the Court unnecessarily in the process. This Order shall not be deemed to prejudice the parties in any way in any future application for modification of this Order. Nothing in this Order shall be interpreted to predetermine any issue or constitute a waiver of any position concerning whether any item is discoverable.

2. **Definition of "Confidential Information"** - In connection with discovery proceedings in this action, the parties may designate any document, thing, material, testimony or other information derived therefrom, as "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order"). Confidential information is information which has not been made

1 public and is defined as proprietary, trade secret or confidential customer, commercial, or financial
2 information about the parties' business and finances, including social security information of third
3 party employees, names of third party employees and pay information of third party employees.

4 By designating a document, thing material, testimony or other information derived therefrom
5 as "confidential," under the terms of this Order, the party making the designation is certifying to the
6 court that there is a good faith basis both in law and in fact for the designation within the meaning
7 of Fed. Rule of Civ. Proc. 26(g).

8 3. **Designation of Confidential Information** - Confidential documents shall be so
9 designated being stamped "CONFIDENTIAL." Stamping "CONFIDENTIAL" on the cover of any
10 multi-page documents shall designate all pages of the document as confidential, unless otherwise
11 indicated by the producing party.

12 4. **Designation of Deposition Testimony** - Testimony taken at a deposition, conference,
13 ~~hearing or trial~~ <u>or other out of court proceeding</u> may be designated confidential by making a
14 statement to that effect on the record at the deposition or other proceeding.  Arrangements shall be
15 made with the court reporter taking and transcribing such proceeding to separately bind such
16 portions of the transcript containing information designated as confidential, and to label such
17 portions appropriately.

18 5. **Use of Confidential Information** - Material designated as confidential under this
19 Order, the information contained therein, and any summaries, copies, abstracts, or other documents
20 derived in whole or in part from material designated as confidential (hereinafter "Confidential
21 Material") shall be used only for the purposes of prosecution, defense, or settlement of this action,
22 and for no other purpose.

23 Nothing herein shall impose any restrictions on the use or disclosure by a party of material
24 obtained by such party independent of discovery in this action, whether or not such material is also
25 obtained through discovery in this action, or from disclosing its own Confidential Material as it
26 deems appropriate.

27 6. **Persons to Whom Confidential Information May be Disclosed** - Confidential
28 Material may be disclosed or made available on to the Court, to counsel for a party (including staff

1  employed by such counsel) and to "qualified persons" designated below:

2        a.    A party, or an officer, director or employee of a party deemed necessary by
3  counsel to aid in the prosecution, defense or settlement of this action;
4        b.    Experts, consultants and advisors (together with their staff) retained by such
5  counsel to assist in the prosecution, defense or settlement of this action;
6        c.    Court reporter(s) employed in this action;
7        d.    A witness at any deposition or other proceeding in this action; and
8        e.    Any other person as to whom the parties in writing agree.

9  Prior to receiving Confidential Material, each "qualified person" shall be provided with a
10 copy of this Order and shall execute a non-disclosure agreement in the form of Attachment A, a copy
11 of which shall be provided forthwith to counsel for each other party and for the parties.

12     7.    **Filing Confidential Material With The Court** - ~~Any Confidential Material,~~
13 ~~including any portion of~~ <u>If</u> a ~~deposition transcript~~<u>party wishes to submit a document to the Court</u>
14 <u>which has been</u> designated as Confidential, ~~if filed with the Court, will be clearly labeled~~
15 ~~"Confidential - Subject to Court Order" and filed under seal until further order of this Court.~~ <u>or</u>
16 <u>which contains Confidential information, the submitting party shall move to file such document</u>
17 <u>under seal in accordance with the pre-filing procedures set forth in Local Rules 39-140 and 39-141.</u>
18 <u>No documents shall be sealed without an order of the Court.</u>

19     8.    **Admissibility in Court Proceedings** - In the event that any Confidential Material
20 is used in any court proceeding in this action, it shall not lose its confidential status through such
21 use, and the party using such material shall take all reasonable steps to maintain its confidentiality
22 during such use.  Parties shall provide advance notice if any Confidential Material is to be admitted
23 in any court proceeding.

24 Nothing contained herein will be construed in any way to affect or to establish the
25 admissibility at trial or other court proceeding of any information covered by this Order.

26 Nothing in this Order shall be construed as a waiver by the parties of any claim, affirmative
27 defense  or argument relating to the scope of individual or workforce-wide relief.
28 ////

9. **Question Whether Information is Confidential** - This Order shall be without prejudice to the right of the parties:

    a. To bring before the Court at any time the question of whether any particular document or information is confidential or whether its use should be restricted; or

    b. To present a motion to the Court under Fed. Rule of Civ. Proc. 26(c) for a separate protective order as to any particular document or information, including restrictions differing from those as specified herein.

The Parties agree to meet and confer over disputes about whether or not information is Confidential before making such a motion to the Court.

10. **Return of Confidential Material or Information** - At the conclusion of this action, all documents and transcripts designated as Confidential, and all copies thereof, will be returned upon request to the person who made the designation.

11. **Enforcement** - The Court shall retain jurisdiction to resolve any dispute concerning the use of Confidential Material and may enforce the terms of this Order in any manner authorized by law. Nothing in this Order shall abridge the right of any person to seek judicial review or to pursue other appropriate judicial action with respect to any ruling made concerning the issue of the status of "Confidential" information.

Dated: September 11, 2009      **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

/s/
Blanca A. Bañuelos
Attorney for Plaintiffs

Dated: September 10, 2009      **BARSAMIAN & MOODY**

/s/
Ronald H. Barsamian
Patrick S. Moody
Stacy Lucas
Attorneys for Marchini Defendants

Dated: September 10, 2009           **SAQUI LAW GROUP**

/s/
Michael C. Saqui
Andrew H. Lee
Attorney for Sandoval Defendants


APPROVED AS MODIFIED AND SO ORDERED:

Dated: October 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE