BLANCA A. BAÑUELOS, # 231585
ESMERALDA ZENDEJAS, # 258809
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
20 N. Sutter Street, Suite 203
Stockton, CA 95202
Telephone: (209) 946-0609
Facsimile: (209) 946-5730

MICHAEL L. MEUTER, # 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MERCADO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SANDOVAL INC., et al.<br><br>Defendants. | CASE NO. 2:08-CV-02648-GEB-EFB<br><br>**ORDER CERTIFYING FLSA COLLECTIVE ACTION** |

    1.    The court has reviewed the stipulation of the parties and is satisfied that it would be proper to certify and the Court does certify the proposed FLSA class pursuant to 29 U.S.C. §§ 201 *et seq*.

    2.    The FLSA class shall consist of all Defendants' packing shed employees who worked in the MARCHINI Defendants packing shed in San Joaquin County during the period from March 13, 2007 through May 15, 2007, who were allegedly not paid minimum wages and overtime as required by the FLSA and allegedly have not been compensated as of this date.

    3.    The FLSA class claims to be litigated in the action are (1) whether the members of the FLSA class were paid minimum wages in accordance with the FLSA; (2) whether the members of the FLSA class are entitled to liquidated damages; (3) whether the members of the FLSA class were paid overtime wages in accordance with the FLSA; (4) whether the members of the FLSA class

///

1  4. were provided meal and rest periods as required by California law; and (5) whether
2 the members of the FLSA class were provided legally adequate pay stubs.
3  5. California Rural Legal Assistance, Inc. is appointed to represent the FLSA class as
4 counsel.

Dated: March 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge