BLANCA A. BAÑUELOS, # 231585
ESMERALDA ZENDEJAS, # 258809
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
20 N. Sutter Street, Suite 203
Stockton, CA 95202
Telephone: (209) 946-0609
Facsimile: (209) 946-5730

MICHAEL L. MEUTER, # 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MERCADO, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SANDOVAL INC., et al.<br><br>　　　　Defendants. | CASE NO. 2:08-CV-02648-GEB-EFB<br><br>**ORDER** |

　　　The parties, having jointly agreed to waive the notice provisions of a motion, applied to the Court to approve the Settlement Agreement, the Notice to the FLSA class members and to maintain jurisdiction over judicially approved settlement.

　　　Based on the application of the parties, the Declaration of Blanca A. Bañuelos, the Settlement Agreement between the parties, and good cause appearing, the Court hereby finds that the parties' Settlement Agreement is fair, reasonable, adequate, and in the interests of the Plaintiffs and the current and former workers of Defendant.

//
//
//
//
//

1   IT IS HEREBY ORDERED that the Settlement Agreement and Notice to the FLSA class
2 members are fair, reasonable and adequate and that the Court shall retain jurisdiction over the parties
3 to enforce the settlement until performance in full of the terms of the settlement.

4 Dated:  April 16, 2010

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```